**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br>          Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>          Defendants. | C.A. No. 21-cv-1305-MN <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties, subject to the Court's approval, hereby agree to extend the deadline to complete discovery that was timely served prior to the existing close of discovery on March 15, 2024 to March 29, 2024. By the stipulation, the parties do not intend to extend the time to serve discovery. No other dates in the Scheduling Order (D.I. 74, as amended) are affected.

Dated: March 13, 2024

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff TOT Power Control, S.L.*

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

SO ORDERED this ____ day of March, 2024.

_____
The Honorable Maryellen Noreika