**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

TOT POWER CONTROL, S.L.,

             Plaintiff,

    v.

SAMSUNG ELECTRONICS CO., LTD.
and SAMSUNG ELECTRONICS
AMERICA, INC.,

             Defendants.

C.A. No. 21-cv-1305-MN

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE**
**DISCOVERY DISPUTE**

Per the Court's Oral Order (D.I. 117), Plaintiff TOT Power Control, S.L. ("TOT") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters: (1) compelling Samsung to produce financial information for other Accused Product versions that TOT accused but did not specifically identify by version in its list of Accused Products, and (2) compelling Samsung to produce financial information with respect to Samsung Electronic Co., Ltd's sales of Accused Products.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): January 11, 2024, February 28, 2024, March 15, 2024, March 25, 2024, and April 1, 2024.

Delaware Counsel:

- For TOT: Michael Farnan and Brian Farnan (one or more from this list was present on each call)
- For Samsung: Adam Poff

Lead Counsel:

- For TOT: Denise De Mory, Hillary Bunsow, Li Guo, Hill Brakefield, and Ben Brownlow (one or more from this list was present on each call)
- For Samsung: Paul Zeineddin, Josh Reisberg

The parties are available for a teleconference on the following dates:

- April 23, 2024

- April 24, 2024

- May 1, 2024

Dated: April 10, 2024                           Respectfully submitted,

**FARNAN LLP**                                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Brian E. Farnan*                           */s/ Adam W. Poff*
Brian E. Farnan (Bar No. 4089)                  Adam W. Poff (No. 3990)
Michael J. Farnan (Bar No. 5165)                Samantha G. Wilson (No. 5816)
919 N. Market St., 12th Floor                   1000 North King Street
Wilmington, DE 19801                            Wilmington, DE 19801
Telephone: (302) 777-0300                       (302) 571-6600
Facsimile: (302) 777-0301                       apoff@ycst.com
bfarnan@farnanlaw.com                           swilson@ycst.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff TOT Power Control,*    *Attorney for Defendants Samsung Electronics*
*S.L.*                                          *Co., Ltd. and Samsung Electronics America,*
                                                *Inc.*