# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.; and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>Defendants. | C.A. No. 21-cv-1305-MN |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.'S
RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS AND THINGS (NO. 1-57)**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Local Rule 26.1, Defendants Samsung Electronics Co., Ltd. ("Samsung Electronics") and Samsung Electronics America, Inc. ("Samsung America") (collectively, "Samsung") hereby respond and object to the First Set of Requests for Production of Documents and Things (Nos. 1-57) ("Requests") served by Plaintiff TOT Power Control, S.L., ("TOT").

**INTRODUCTORY RESPONSE**

Samsung responds to the Requests on the basis of its investigation to date and subject to the objections described below. Samsung responds to the Requests as it interprets and understands each Request set forth herein. If TOT subsequently asserts an interpretation of any of the Requests that differs from Samsung's understanding, Samsung reserves the right to supplement its objections and/or responses.

Samsung's willingness to respond to any particular Request does not constitute an

1

admission that Samsung agrees with any characterization, definition, or assumption contained in the Request or an assumption or an acknowledgement by Samsung that the Request is proper, that the information sought is within the proper bounds of discovery or that demands for similar information will be treated in similar fashion. Furthermore, a statement that responsive documents will be produced in response to a particular Request does not mean that Samsung knows any such document exists or is in its possession, custody, or control.

Subject to the general and specific objections below, production of documents responsive to these Requests will be completed no later than the close of fact discovery, as that deadline is set forth in the Scheduling Order (ECF No. 30) ordered on October 5, 2022, and any amendments thereto. Information provided in these responses is provided under and should therefore be treated according to the Discovery and ESI Stipulation and Order in this case entered on January 13, 2023 (ECF No. 39) and the Agreed Protective Order Regarding the Disclosure and Use of Discovery Materials in this case entered on January 17, 2023 (ECF No. 42).

Samsung has not yet completed its discovery relating to this case and its investigation of the facts is ongoing. Additional information responsive to the Requests may be obtained as discovery proceeds. Samsung's responses to the Requests are therefore made without prejudice to Samsung's right to amend, correct, or supplement its responses to the Requests.

## **GENERAL OBJECTIONS**

1.      Samsung objects to the Requests, including the Instructions and Definitions contained therein, to the extent that  they:

      a.   call for the discovery of information protected by the attorney-client privilege, the attorney work-product immunity and/or any other applicable privilege or immunity under federal, state, or local law. The inadvertent production of any

confidentiality agreement between Samsung and a third party. Samsung also objects to this Request as premature to the extent it seeks email communications.

Subject to, without waiver of, and in express reliance on the foregoing General and Specific Objections, Samsung agrees to produce documents and non-email communications sufficient to show inner and outer loop power control functionality, specifications, or capabilities of baseband processors installed in Accused Products sold in the U.S. for the time period dating back to September 14, 2015, to the extent such documents and communications are non-privileged, within Samsung's possession, custody, or control, and can be located pursuant to a reasonable search.

**Request for Production No. 10:**

Profit and loss statements, providing monthly data, sufficient to show all sales and cost of sales for the Accused Products since 2014.

**Response to Request for Production No. 10:**

Samsung objects to this Request to the extent it seeks documents or communications protected by the attorney-client privilege, work product immunity, or any other applicable privilege or immunity against discovery.  Samsung objects to this Request as overly broad, unduly burdensome, and exceeding the scope of permissible discovery by calling for information that is neither relevant to any claim or defense in this litigation nor proportional to the needs of the case, including to the extent it seeks information unrelated to inner and outer loop power control and seeks discovery regarding subject matter outside of the period provided for by 35 U.S.C. § 286. Samsung further objects to this Request to the extent that it seeks information that is the confidential and/or proprietary information of a third party, the joint confidential and proprietary information of Samsung and a third party, or the subject of a non-disclosure or confidentiality agreement between Samsung and a third party.

15

Subject to, without waiver of, and in express reliance on the foregoing General and Specific Objections, Samsung agrees to produce documents sufficient to show sales and cost information for Accused Products sold in the U.S. for the time period dating back to September 14, 2015, to the extent such documents and communications are non-privileged, within Samsung's possession, custody, or control, and can be located pursuant to a reasonable search.

**Request for Production No. 11:**

All drafts and executed intellectual property licenses (including sublicenses), royalty, and settlement agreements between You and any person relating to radio transmission power control, baseband processors, or batteries.

**Response to Request for Production No. 11:**

Samsung objects to this Request to the extent it seeks documents or communications protected by the attorney-client privilege, work product immunity, or any other applicable privilege or immunity against discovery.  Samsung objects to this Request as overly broad, unduly burdensome, and exceeding the scope of permissible discovery by calling for information that is neither relevant to any claim or defense in this litigation nor proportional to the needs of the case, including to the extent it seeks information unrelated to inner and outer loop power control and seeks discovery regarding subject matter outside of the period provided for by 35 U.S.C. § 286. Samsung further objects to this Request to the extent that it seeks information that is the confidential and/or proprietary information of a third party, the joint confidential and proprietary information of Samsung and a third party, or the subject of a non-disclosure or confidentiality agreement between Samsung and a third party.

Subject to, without waiver of, and in express reliance on the foregoing General and Specific Objections, Samsung agrees to produce any granted, comparable licenses relating to inner and outer loop power control technology implemented in Accused Products sold in the U.S.

Dated: March 2, 2023

YOUNG CONAWAY STARGATT
&  TAYLOR, LLP

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com
Of Counsel:

BLANK ROME LLP

*s/Joshua S. Reisberg*
R. Paul Zeineddin
Megan R. Wood
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200
paul.zeineddin@blankrome.com
megan.wood@blankrome.com

Joshua S. Reisberg
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
josh.reisberg@blankrome.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc*

# EXHIBIT 2

**EXHIBIT B**
**U.S. Patent No. 7,532,865**
**Claim Chart for Samsung Accused Products**

# EXHIBIT B

**EXHIBIT B**

**U.S. Patent No. 7,532,865**

**Claim Chart for Samsung Accused Products**

This claim chart specifically addresses infringement of the asserted claims by Samsung's Galaxy S22. The Galaxy S22 has a Qualcomm SM8450 Snapdragon 8 baseband processor. The other accused products have Qualcomm or Samsung Exynos baseband processors. Although the Samsung accused products all differ in some respects, their differences do not appear to be relevant with respect to the asserted claims of the '865 patent or TOT's infringement allegations. Wherever this chart references documents describing the Samsung Galaxy S22, this claim chart also includes citations to Exhibits C–E listing analogous documents for the other Samsung accused products. On information and belief, the Samsung Galaxy S22 testing results cited in this claim chart are representative of how the other accused products would operate under similar conditions.

The accused products listed in Exhibit A are not exhaustive. TOT accuses and will seek discovery as to the identity of any Samsung products with substantially similar designs to the expressly listed accused products. Moreover, it may be that the same underlying products have multiple identification numbers based on, inter alia, differences in geographic sales locations, customers, product colors, or other features that do not affect the structure and infringement allegations of such products. TOT will also seek discovery regarding this information and asserts that these products infringe the asserted claims the same reasons as identified herein.

This infringement analysis is preliminary, and TOT's investigation into Samsung's infringement is ongoing. TOT reserves the right to provide additional theories under which Samsung products infringe this patent.

Furthermore, these infringement contentions are illustrative rather than exhaustive. TOT has not received core technical documents for all accused products, and TOT has not received important technical documents requested in discovery. Furthermore, TOT has not yet received access to crucial third-party documents that will describe the function of the Qualcomm baseband processors in many of the accused devices. This chart is being provided as an Initial Infringement Contention pursuant to the schedule in this case, and TOT specifically reserves all rights to amend or supplement this claim chart with evidence obtained during the course of discovery.

# EXHIBIT 3

Case 1:21-cv-01305-WM   Document 132-2   Filed 04/26/24   Page 10 of 62   PageID #: 1198

**EXHIBIT G**
**U.S. Patent No. 7,496,376**
**Claim Chart for Samsung Accused Products**

# EXHIBIT G

**EXHIBIT G**

**U.S. Patent No. 7,496,376**

**Claim Chart for Samsung Accused Products**

This claim chart specifically addresses infringement of the asserted claims by Samsung's Galaxy S22. The Galaxy S22 has a Qualcomm SM8450 Snapdragon 8 baseband processor. The other accused products have Qualcomm or Samsung Exynos baseband processors. Although the Samsung accused products all differ in some respects, their differences do not appear to be relevant with respect to the asserted claims of the '376 patent or TOT's infringement allegations. Wherever this chart references documents describing the Samsung Galaxy S22, this claim chart also includes citations to Exhibit C listing analogous documents for the other Samsung accused products. On information and belief, the Galaxy S22 testing results cited in this claim chart are representative of how the other accused products would operate under similar conditions.

The accused products listed in Exhibit F are not exhaustive. TOT accuses and will seek discovery as to the identity of any Samsung products with substantially similar designs to the expressly listed accused products. Moreover, it may be that the same underlying products have multiple identification numbers based on, inter alia, differences in geographic sales locations, customers, product colors, or other features that do not affect the structure and infringement allegations of such products. TOT will also seek discovery regarding this information and asserts that these products infringe the asserted claims the same reasons as identified herein.

This infringement analysis is preliminary, and TOT's investigation into Samsung's infringement is ongoing. TOT reserves the right to provide additional theories under which Samsung products infringe this patent.

Furthermore, these infringement contentions are illustrative rather than exhaustive. TOT has not received core technical documents for all accused products, and TOT has not received important technical documents requested in discovery. Furthermore, TOT has not yet received access to crucial third-party documents that will describe the function of the Qualcomm baseband processors in the accused devices. This chart is being provided as an Initial Infringement Contention pursuant to the schedule in this case, and TOT specifically reserves all rights to amend or supplement this claim chart with evidence obtained during the course of discovery.

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 21-cv-1305-MN |

**PLAINTIFF TOT POWER CONTROL, S.L.'S
FINAL INFRINGEMENT CONTENTIONS**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Court's Scheduling Order (ECF No. 30), Plaintiff, TOT Power Control, S.L. ("TOT"), serves the following disclosure on Defendants Samsung Electronics Co., Ltd. ("Samsung Electronics") and Samsung Electronics America, Inc. ("Samsung America") (collectively, "Samsung").  TOT bases its final infringement contentions on publicly available information, product testing, and the limited documents Samsung and third parties such as Qualcomm have produced to date.  Samsung and Qualcomm have yet to produce source code for several of the Aaccused Pproducts.  Furthermore, Samsung and Qualcomm have yet to produce highly relevant documentation of the Aaccused Pproducts' functionalities, which are crucial.  In addition, no depositions have occurred to date although notices were served months ago.  Accordingly, TOT reserves its right to supplement these final infringement contentions with documents and information obtained once Samsung and third parties, such as Qualcomm, fulfill their obligations to produce the requested materials and provide the requested testimony.

**I.      Infringement of U.S. Patent No. 7,532,865**

1

TOT alleges that Samsung directly infringes claims 1, 2, 5, 6, 7, 8, 10, and 12 of U.S. Patent No. 7,532,865 ("the '865 patent") by making, using (including through testing and demonstrations), offering for sale, selling, or importing into the United States the Accused Products identified in Exhibit A and any other products made, used, or sold by Samsung in the United States that include the same functionality (hereinafter the "Accused Products"), either by literal infringement or infringement under the doctrine of equivalents.  Furthermore, the Accused Products identified in Exhibit A automatically perform the method steps in the claims at issue as designed when powered on and in normal use.  End users cannot modify the outer loop power control functionality of the Accused Products.  Once an Accused Product is turned on and connected to a wireless network, only Samsung's actions are involved in outer loop power control.

As set forth in detail in Exhibit B, the Accused Products identified infringe the asserted claims of the '865 patent,  Exhibit B analyzes the claims against the documents and source code produced to date.  The produced code indicates that all Accused Products perform outer loop power control in the same or substantially the same manner.  Exhibit B provides exemplary portions of code along with citations to illustrative device specifications, device repair manuals, and Qualcomm Modem/Baseband Processor specifications.

The analysis in Exhibit B incorporates by reference documents listed in Exhibit C.  The documents listed in Exhibit C, which include citations to technical specifications and bills of materials, further corroborate infringement and supplement the exemplary citations identified in Exhibit B.

TOT expressly reserves the right to supplement Exhibits A–C as discovery progresses.

## II.     Infringement of U.S. Patent No. 7,496,376

TOT alleges that Samsung directly infringes claims 1, 6, 7, 8, 9, 11, and 13 of U.S. Patent No. 7,496,376 ("the '376 patent") by making, using (including through testing and demonstrations), offering for sale, selling, or importing into the United States the Accused Products identified in Exhibit A, either by literal infringement or infringement under the doctrine of equivalents. Furthermore, the Accused Products automatically perform the method steps in the claims at issue as designed when powered on and in normal use. End users cannot modify the outer loop power control (OLPC) functionality of the Accused Products. Once an Accused Product is turned on and connected to a wireless network, only Samsung's actions are involved in OLPC.

As set forth in detail in Exhibit D, the Accused Products infringe the asserted claims of the '376 patent. Exhibit D analyzes the claims against the documents and source code produced to date. The produced source code indicates that all Accused Products perform outer loop power control in the same or substantially the same manner. Exhibit D provides exemplary portions of code along with citations to illustrative device specifications, device repair manuals, and Qualcomm Modem/Baseband Processor specifications. The analysis in Exhibit D further incorporates by reference documents listed in Exhibit C, which include citations to technical specifications and bills of materials that provide evidence analogous to the exemplary citations charted in Exhibit D.

TOT expressly reserves the right to supplement Exhibits A and C–D as discovery progresses.

Dated: February 16, 2024                 Respectfully submitted,

                                         */s/ Walter D. Kelley, Jr.*
                                         Walter D. Kelley, Jr. (D.C. No. 987524)
                                         *Admitted Pro Hac Vice*

Brian A. Ratner (D.C. Bar No. 473284)
*Admitted Pro Hac Vice*
Tara R. Zurawski (D.C. No. 980960)
*Admitted Pro Hac Vice*
HAUSFELD, LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202 540-7201
wkelley@hausfeld.com
bratner@hausfeld.com
tzurawski@hausfeld.com

Bruce J. Wecker (CA No. 0778530)
*Admitted Pro Hac Vice*
HAUSFELD, LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1907
bwecker@hausfeld.com

Brian E. Farnan (DE No. 4089)
Michael J. Farnan (DE No. 5165)
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Counsel for Plaintiff TOT Power Control, S.L.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2024, a copy of copy foregoing was served on the

following counsel of record via electronic mail.

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Of Counsel*

R. Paul Zeineddin
Megan R. Wood
**BLANK ROME LLP**
1825 Eye Street NW
Washington, DC 20006
Tel: (202) 420-2200
paul.zeineddin@blankrome.com
megan.wood@blankrome.com

Joshua S. Reisberg
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 885-5000
josh.reisberg@blankrome.com

*Attorneys for Defendants Samsung
Electronics Co., Ltd. and Samsung
Electronics America, Inc*

 */s/ Walter D. Kelley, Jr.*
Walter D. Kelley, Jr.

# EXHIBIT 5

**EXHIBIT B**
**U.S. Patent No. 7,532,865 – Claims 1-2, 5-8, 10, 12**
**Claim Chart for Samsung Accused Products with Qualcomm Modems**

# EXHIBIT B

CONFIDENTIAL – ATTORNEYS' EYES ONLY
Contains CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE information

**EXHIBIT B**
**U.S. Patent No. 7,532,865 – Claims 1-2, 5-8, 10, 12**
**Claim Chart for Samsung Accused Products with Qualcomm Modems**

As set forth below, the Accused Products and their referenced structures and functions are designed to and do operate in an infringing manner and perform the claimed methods each and every time an Accused Product is powered on and used as intended (i.e., to receive wireless signals, including cellular CDMA signals). The following claim chart sets forth exemplary evidence demonstrating TOT's infringement theories, and showing where in the Accused Products each element of the asserted claims is found. The evidence included below for particular Accused Products and accused modem components of those products is exemplary, and is representative of infringement by other Accused Products, including those that share software or firmware versions and/or accused modem components, as those products employ the same or similar software, firmware, and accused modem components in the same manner.

This claim chart specifically addresses infringement of the asserted claims by Samsung's Accused Products containing Qualcomm modem / baseband processor components. These infringement contentions are illustrative rather than exhaustive. Although the Samsung accused products all differ in some respects, their differences do not appear to be relevant with respect to the asserted claims of the '865 patent or TOT's infringement allegations. Wherever this chart references documents describing a particular Samsung Accused Product, this claim chart also includes or incorporates citations to Exhibit C listing analogous documents for the other Samsung Accused Products. On information and belief, the evidence and testing results cited in this claim chart are representative of how the other accused products would operate under similar conditions.

The Accused Products listed in Exhibit A or herein are not exhaustive. TOT accuses any Samsung products with substantially similar designs to the expressly listed Accused Products. Moreover, it may be that the same underlying products have multiple identification numbers based on, *inter alia*, differences in geographic sales locations, customers, product colors, or other features that do not affect the structure and operation of such products and the infringement allegations herein. TOT asserts that any such products infringe the asserted claims the same reasons as identified herein.

TOT reserves the right to supplement or modify these contentions as appropriate upon receipt of further information and discovery, or as otherwise permitted by the Court. TOT has not completed its investigation of the facts in this case. For example, Defendant Samsung and third parties including Qualcomm have not yet made complete production of technical documents for the Accused Products and their accused modem components and algorithms discussed herein. TOT reserves the right to provide additional theories under which Samsung products infringe this patent. This chart is being provided pursuant to the schedule in this case, and TOT specifically reserves all rights to amend or supplement this claim chart with further evidence obtained during the further course of discovery.

CONFIDENTIAL – ATTORNEYS' EYES ONLY
Contains CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE information

# EXHIBIT 6

**EXHIBIT D**
**U.S. Patent No. 7,496,376 – Claims 1, 6, 7-9, 11, 13**
**Claim Chart for Samsung Accused Products with Qualcomm Modems**

# EXHIBIT D

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# EXHIBIT D
## U.S. Patent No. 7,496,376 – Claims 1, 6, 7-9, 11, 13
### Claim Chart for Samsung Accused Products with Qualcomm Modems

As set forth below, the Accused Products and their referenced structures and functions are designed to and do operate in an infringing manner and perform the claimed methods each and every time an Accused Product is powered on and used as intended (i.e., to receive wireless signals, including cellular CDMA signals). The following claim chart sets forth exemplary evidence demonstrating TOT's infringement theories, and showing where in the Accused Products each element of the asserted claims is found. The evidence included below for particular Accused Products and accused modem components of those products is exemplary, and is representative of infringement by other Accused Products, including those that share software or firmware versions and/or accused modem components, as those products employ the same or similar software, firmware, and accused modem components in the same manner.

This claim chart specifically addresses infringement of the asserted claims by Samsung's Accused Products containing Qualcomm modem / baseband processor components. These infringement contentions are illustrative rather than exhaustive. Although the Samsung accused products all differ in some respects, their differences do not appear to be relevant with respect to the asserted claims of the '376 patent or TOT's infringement allegations. Wherever this chart references documents describing a particular Samsung Accused Product, this claim chart also includes or incorporates citations to Exhibit C listing analogous documents for the other Samsung Accused Products. On information and belief, the evidence and testing results cited in this claim chart are representative of how the other accused products would operate under similar conditions.

The Accused Products listed in Exhibit A or herein are not exhaustive. TOT accuses any Samsung products with substantially similar designs to the expressly listed Accused Products. Moreover, it may be that the same underlying products have multiple identification numbers based on, *inter alia*, differences in geographic sales locations, customers, product colors, or other features that do not affect the structure and operation of such products and the infringement allegations herein. TOT asserts that any such products infringe the asserted claims the same reasons as identified herein.

TOT reserves the right to supplement or modify these contentions as appropriate upon receipt of further information and discovery, or as otherwise permitted by the Court. TOT has not completed its investigation of the facts in this case. For example, Defendant Samsung and third parties including Qualcomm have not yet made complete production of technical documents for the Accused Products and their accused modem components and algorithms discussed herein. TOT reserves the right to provide additional theories under which Samsung products infringe this patent. This chart is being provided pursuant to the schedule in this case, and TOT specifically reserves all rights to amend or supplement this claim chart with further evidence obtained during the further course of discovery.

# EXHIBIT 7

| From: | Reisberg, Josh S. |
|---|---|
| To: | Hillary Bunsow; Stark, Eda; TOT Hausfeld Team; TOT_Power; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| Cc: | Zeineddin, Paul; Poff, Adam; Rubin, Michael S.; Edwards, Cory R.; Stark, Eda |
| Subject: | RE: TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production |
| Date: | Tuesday, March 19, 2024 11:31:06 AM |
| Attachments: | image001.png |

[EXTERNAL]

Hillary,

TOT's last-minute attempt to raise a dispute on this issue and move the goal posts regarding required disclosures in this case is troubling.  Information regarding how Samsung names its models is available publicly.  In your prior email, you even cite numerous examples describing for example unlocked versions.  TOT had access to that information even before the complaint was filed.  And even in connection with discovery in this case, Samsung has produced user manuals and other marketing documents that show various model numbers associated with, for example, its Galaxy products, including those that are accused of infringement in this case.  But, most importantly, Samsung produced its initial set of financial data relating to the accused products as the *first document* disclosed in discovery (SAMSUNG _00000001).  TOT had this document in its possession as of February 27, 2023—nearly 13 months ago.  TOT had over a year to analyze that financial information and assess whether any products that TOT disclosed as accused products were absent from the financial.  At no time before your March 18 email on the matter did TOT complain about the scope of production relating to financial information.

There's simply no reason why TOT is raising this issue on the eve of the close of fact discovery.  In any event, what your email reflects is an attempt by TOT to move the goal posts and circumvent the rules that are in place in this District for identification of accused products.

Pursuant to rules in this District and Scheduling Order (ECF No. 30), TOT had two opportunities to identify accused products.  On January 13, 2023, TOT was obligated to "identify the accused product(s)."  (ECF No. 30 at ¶ 6(a).)  Following a modification of the schedule, by January 26, 2024, TOT was obligated to "*finally supplement* . . . the identification of all accused products."  (ECF No. 30 at ¶ 13 as modified by ECF No. 74) (emphasis added).)

Your reference to TOT's boilerplate reservation of rights in TOT's final infringement contentions is misplaced because, pursuant to the rules in this District and the scheduling order entered in this case, TOT was obligated to identify its *final list* of accused products by January 26, 2024—3 weeks before TOT's final infringement contentions were due.  Nothing in the scheduling order entered in this case or other rules in this District permit TOT to somehow broaden the list of final accused products through later disclosed contentions.

Samsung's production of financial data is consistent with TOT's *final list* of accused products disclosed on January 26, 2024.  TOT's identification of accused products is very clear.  TOT identified a model name along with the accused model numbers.  And, for some accused model names, TOT identified *multiple model numbers* (e.g., Galaxy A04S).  Some accused products (e.g., SM-A015F) are designated with a letter as the ending value, and some accused products (e.g., SM-A320) are

designated without a letter as the ending value. For the former category of accused products, Samsung provided financial data directed to products that had the same letter value. For the latter category of accused products not limited to any letter designation, Samsung provided financial data directed to products having any letter designation.

The document bearing Bates number SAMSUNG0293821 provides financial data for all products on TOT's **_final list_** of accused products containing Qualcomm chipsets to the extent those products were sold in the U.S., and includes significantly more products than TOT identified on its final list of accused products (for the reasons noted in the paragraph above).

Samsung disagrees with TOT's attempts to raise a last-minute dispute on the eve of the close of fact discovery, especially one that seeks to broaden its **_final list_** of accused products in violation of the scheduling order and rules in this District.

Best regards,
Josh

**Joshua S. Reisberg** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: +1.212.885.5553 | M: +1.917.991.9550 | josh.reisberg@blankrome.com

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Tuesday, March 19, 2024 9:34 AM
**To:** Reisberg, Josh S. <Josh.Reisberg@BlankRome.com>; Stark, Eda <Eda.Stark@BlankRome.com>; TOT Hausfeld Team <TOTHausfeldTeam@hausfeld.com>; TOT_Power <BDIP_TOT_Power@bdiplaw.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** Zeineddin, Paul <Paul.Zeineddin@BlankRome.com>; Poff, Adam <APOFF@ycst.com>; Rubin, Michael S. <Michael.Rubin@BlankRome.com>; Edwards, Cory R. <Cory.Edwards@BlankRome.com>
**Subject:** RE: TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production

Josh,

Thank you for the call yesterday. We understand that Samsung decided what financial data to produce for the accused products listed in Exhibit A of TOT's Final Infringement Contentions depending on whether TOT included version numbers with the products' model numbers. So if on Exhibit A TOT identified a specific version number(s) for a specific model number, data was only produced for that version number(s) and no others. As an example, for the accused product Galaxy S10 Lite (SM-G770F), where SM-G770 is the model number and "F" is the version number, because TOT identified version number "F", Samsung did not produce data for any other Galaxy S10 Lite version numbers. But if TOT identified a model number on Exhibit A without any specific version number (for example the Galaxy S23, SM-S911), Samsung produced data for all Galaxy S23 version numbers. Please let us know if this understanding is incorrect.

Assuming that this is correct, then it is our position that Samsung had no justification for limiting its production in this way. TOT's disclosures were clear that the specific list of accused products in Exhibit A potentially included other version numbers for each identified model number. *See, e.g.,* TOT's Final Infringement Contentions Cover Pleading ("TOT alleges that Samsung directly infringes [the '865 Patent] by making, using (including through testing and demonstrations), offering for sale, selling, or importing into the United States the Accused Products identified in Exhibit A ***and any other products made, used, or sold by Samsung in the United States that include the same functionality*** (hereinafter the "Accused Products")) and Exhibit B ("The Accused Products listed in Exhibit A or herein ***are not exhaustive. TOT accuses any Samsung products with substantially similar designs to the expressly listed Accused Products. Moreover, it may be that the same underlying products have multiple identification numbers based on, inter alia, differences in geographic sales locations, customers, product colors, or other features that do not affect the structure and operation of such products and the infringement allegations herein. TOT asserts that any such products infringe the asserted claims the same reasons as identified herein.***). The cited language is clear that by identifying a specific version number for a model number TOT did not intend to limit its identification of accused products to only the identified version number, but rather other version numbers for the model number of the identified design were included too.

Please confirm that Samsung will produce by the end of the week updated SEA financial data, as well as SEC financial data, that includes data for all version numbers for each model number identified in Exhibit A to TOT's Final Infringement Contentions. As an illustrative example, we understand that Samsung limited its production of the Galaxy S10 Lite (SM-G770) to version "F" because TOT identified "SM-G770F" in Exhibit A; Samsung must supplement its production to provide data for all versions of the SM-G770 model number.



**Hillary N. Bunsow**

*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727 **o** | +1-707-738-2455 **m**
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com | hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Reisberg, Josh S. <Josh.Reisberg@BlankRome.com>
**Sent:** Monday, March 18, 2024 3:15 PM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Stark, Eda <Eda.Stark@BlankRome.com>; TOT Hausfeld Team <TOTHausfeldTeam@hausfeld.com>; TOT_Power <BDIP_TOT_Power@bdiplaw.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** Zeineddin, Paul <Paul.Zeineddin@BlankRome.com>; Poff, Adam <APOFF@ycst.com>; Rubin, Michael S. <Michael.Rubin@BlankRome.com>; Edwards, Cory R. <Cory.Edwards@BlankRome.com>

**Subject:** RE: TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production

[EXTERNAL]

Hillary,

I'd like to touch base by phone with respect to the financial information before responding to the group.  Perhaps you can call me along with Denise, whom I responded to about another issue.  Either way, I'm free at 917-991-9550.

Thanks,
Josh

**Joshua S. Reisberg** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: +1.212.885.5553 | M: +1.917.991.9550 | josh.reisberg@blankrome.com

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Monday, March 18, 2024 4:27 PM
**To:** Reisberg, Josh S. <Josh.Reisberg@BlankRome.com>; Stark, Eda <Eda.Stark@BlankRome.com>; TOT Hausfeld Team <TOTHausfeldTeam@hausfeld.com>; TOT_Power <BDIP_TOT_Power@bdiplaw.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** Zeineddin, Paul <Paul.Zeineddin@BlankRome.com>; Poff, Adam <APOFF@ycst.com>; Rubin, Michael S. <Michael.Rubin@BlankRome.com>; Edwards, Cory R. <Cory.Edwards@BlankRome.com>
**Subject:** RE: TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production

Josh,

I am writing to follow up on Friday's meet and confer.

***Samsung's deficient production of financial data***

You represented on the call that the reason Samsung's financial data does not include the Galaxy A01(SM-A015F) , Galaxy Fold 5G(SM-F907U), and Galaxy S10 Lite(SM-G770F) is because these products were not sold by SEA in the U.S.  However, an online search revealed that this is not true. *See* https://web.archive.org/web/20200501123822/https://www.samsung.com/us/mobile/galaxy-s10/buy/?link=galaxy-s10 (S10 Lite for sale to the U.S. off Samsung's website—see also attached PDF); https://web.archive.org/web/20200418030934/https://www.samsung.com/us/mobile/phones/galaxy-a/galaxy-a01-verizon-sm-a015vzkavzw/ (Galaxy A01 for sale to U.S. off Samsung's website); *see also* https://arstechnica.com/gadgets/2020/04/samsungs-mid-range-galaxy-s10-lite-comes-to-the-us-for-650/; https://www.amazon.com/Samsung-SM-G770F-Unlocked-International-Version/dp/B084HP3P7W?th=1; https://www.techradar.com/news/galaxy-s10-lite-is-surprisingly-on-sale-in-us-for-dollar650; https://9to5google.com/2020/04/17/samsung-galaxy-s10-lite-us-

==release-price/.==

==We are now concerned that Samsung's sales numbers have been underreporting sales such as this, e.g., of unlocked phones through Samsung.com, Amazon, Best Buy, and perhaps others, which clearly are to U.S. customers.== **==Please immediately produce new sales data that includes the SM-A015, SM-G770, and any other phones sold this way.  Please also explain why these were not originally included, and confirm that similar sales of all the other products through these same channels (unlocked or otherwise) were included in the financial data Samsung produced.==**

### Interdigital agreement

You requested an explanation as to why the requested Interdigital agreements are relevant.  These agreements cover 3G technology, including WCDMA, and are highly relevant to the damages of this case. See e.g., https://ir.interdigital.com/news-events/press-releases/news-details/2008/InterDigital-Announces-Settlement-of-Samsung-Patent-Licensing-Disputes/default.aspx. Samsung's claims that these documents are not relevant lacks any merit.  **Please confirm whether Samsung will produce the agreements or whether the parties have reached an impasse.**

### Advance pricing agreements, SEC financials, cost of goods for components, Topic 33

You indicated that Samsung will produce financial information for SEC similar to what it has produced for SEA to see if that will resolve the parties' dispute regarding SEC's financials.  **Please promptly produce the information and we will evaluate.**  However, in view of our concerns about the missing sales information, please be advised that we are concerned that there are products that originate with SEC, and through entities other than SEA, that are sold in the United States.  SEC is a party to this litigation.  We understand that SEC may ultimately take the position that it is not directly responsible for those sales in the United States, but this is discovery.  Samsung cannot make that decision unilaterally.  There are clearly US sales of accused products by entities other than SEA.  Thus, we are entitled to understand SEC's role in any and all of those sales.  In a similar vein,  we are entitled to any and all transfer/advance pricing agreements and other channel agreements of SEC and SEA.  You indicated that you did not believe the advance pricing agreement was responsive to any TOT RFP but that is incorrect.  The agreement is responsive to at least TOT's RFPs 10, 84 and 94.  Mr. Diaz testified that the agreement is between SEA and the U.S. and relates at least to the costs of components, thus it is relevant to SEA's costs with respect to the accused products and responsive to TOT's RFPs.   Moreover, as we explained previously, we understand these types of agreements to be broader than just costs of components.   But in any event, the agreement is relevant and responsive.  **Please promptly produce the agreement or, if Samsung refuses, confirm the parties are at an impasse.**



**BUNSOW DE MORY** LLP
**Celebrating 10 Years**

**Hillary N. Bunsow**
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m

701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com | hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Reisberg, Josh S. <Josh.Reisberg@BlankRome.com>
**Sent:** Friday, March 15, 2024 2:44 PM
**To:** Stark, Eda <Eda.Stark@BlankRome.com>; TOT Hausfeld Team <TOTHausfeldTeam@hausfeld.com>; TOT_Power <BDIP_TOT_Power@bdiplaw.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** Zeineddin, Paul <Paul.Zeineddin@BlankRome.com>; Poff, Adam <APOFF@ycst.com>; Rubin, Michael S. <Michael.Rubin@BlankRome.com>; Edwards, Cory R. <Cory.Edwards@BlankRome.com>
**Subject:** RE: TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production

[EXTERNAL]

Counsel,

As discussed on the meet and confer from earlier today, we have two files related to materials produced earlier today that, pursuant to the Qualcomm SPO, must be made available for inspection rather than produced electronically.  As we stated, we are amenable to making these files available for inspection prior to the upcoming depositions in Korea at our LA offices (where code was previously made available for inspection).  Our NY and DC offices are also possibilities.  Please let us know your preference.

Thanks,
Josh

**Joshua S. Reisberg** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: +1.212.885.5553 | M: +1.917.991.9550 | josh.reisberg@blankrome.com

**From:** Stark, Eda <Eda.Stark@BlankRome.com>
**Sent:** Friday, March 15, 2024 3:34 PM
**To:** TOT Hausfeld Team <TOTHausfeldTeam@hausfeld.com>; TOT_Power <BDIP_TOT_Power@bdiplaw.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** Reisberg, Josh S. <Josh.Reisberg@BlankRome.com>; Zeineddin, Paul <Paul.Zeineddin@BlankRome.com>; Poff, Adam <APOFF@ycst.com>; Rubin, Michael S. <Michael.Rubin@BlankRome.com>; Edwards, Cory R. <Cory.Edwards@BlankRome.com>
**Subject:** TOT v. Samsung, No. 21-cv-1305 (D. Del.) - Samsung March 15, 2024 Production

Counsel,

Please find below a link to Samsung's production of documents bearing Bates numbers **SAMSUNG0294122 - SAMSUNG0294123**.

**Link:** https://blankromellp.sharefile.com/d-seb24103fc9a842fab571f6461634ea5b

I will follow-up with the password in a separate email.

Please let me know if you have any issues accessing the documents.

Best,

**Eda Stark** | BLANKROME
1825 Eye Street NW | Washington, D.C. 20006
O: (202) 420-2348 | M: (771) 217-2995 | eda.stark@blankrome.com
LinkedIn | Firm Bio

*************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*************************************************************************************************

# EXHIBIT 8



| | |
|---|---|
| Document title: | Amazon.com: Samsung Galaxy S10 Lite SM-G770F/DS, Dual SIM 4G, International Version (No US Warranty), 128GB 6GB RAM, Prism Black - GSM Unlocked : Cell Phones & Accessories |
| Capture URL: | https://www.amazon.com/Samsung-SM-G770F-Unlocked-International-Version/dp/B084HP3P7W?th=1 |
| Page loaded at (UTC): | Wed, 27 Mar 2024 23:43:34 GMT |
| Capture timestamp (UTC): | Wed, 27 Mar 2024 23:44:08 GMT |
| Capture tool: | 10.44.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/120.0.6099.276 Safari/537.36 |
| Operating system: | Linux (Node 18.18.2) |
| PDF length: | 10 |
| Capture ID: | wbt5GuhNwbsuky2iagUNGy |
| User: | bdip-tim |

PDF REFERENCE #:      5hLqVTLLZhEFqWgvKAGyEj

TOT00194636



Delivering to Seattle 98168 · Update location

Hello, sign in · Account & Lists
Returns & Orders
0 · Cart

☰ All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   Prime ▾   New Releases   Music   Today's Deals   **Shop women-owned businesses**

Cell Phones & Accessories   Cell Phones   Alexa Built-in Phones   Accessories   Cases   Wearable Technology   Best Sellers   Deals   Trade-In   All Electronics

Cell Phones & Accessories › Cell Phones



Roll over image to zoom in

## Samsung Galaxy S10 Lite SM-G770F/DS, Dual SIM 4G, International Version (No US Warranty), 128GB 6GB RAM, Prism Black - GSM Unlocked

Visit the SAMSUNG Store

4.4 ★★★★½   731 ratings   |   Search this page

$299.99

**Pay $25.00/month for 12 months**, interest-free upon approval for Amazon Visa

Color: **Prism Black**

[ $299.99 ]   [ $299.99 ]

### Purchase options and add-ons

**Trade-in and save** ⌃
Save up to $260.00 on your new device with Amazon.com Gift Card credit when you trade in your old device

[ Start your trade-in ]

| Brand | Samsung |
|---|---|
| Model Name | Galaxy S10 Lite |
| Wireless Carrier | AT&T |
| Operating System | android |
| Cellular Technology | 4G, 3G, 2G |

˅ See more

### About this item

- 2G bandsGSM 850 / 900 / 1800 / 1900 - SIM 1 & SIM 2 (dual-SIM model only) 3G bandsHSDPA 850 / 900 / 1700(AWS) / 1900 / 2100 4G bands1, 2, 3, 4, 5, 7, 8, 12, 13, 17, 20, 26, 28, 38, 40, 41, 66
- Dimensions162.5 x 75.6 x 8.1 mm (6.40 x 2.98 x 0.32 in) Weight186 g (6.56 oz) BuildGlass front (Gorilla Glass 3+), aluminum frame, plastic back SIMSingle SIM (Nano-SIM) or Dual SIM (Nano-SIM, dual stand-by)
- TypeSuper AMOLED Plus, HDR10+ Size6.7 inches, 107.8 cm2 (~87.8% screen-to-body ratio) Resolution1080 x 2400 pixels, 20:9 ratio (~394 ppi density) ProtectionCorning Gorilla Glass 3+ Always-on display
- Android, One UI 3.1 ChipsetQualcomm SM8150 Snapdragon 855 (7 nm) CPUOcta-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) GPUAdreno 640 MEMORYCard slotmicroSDXC (uses shared SIM slot) Internal128GB 6GB RAM
- MAIN CAMERATriple48 MP, f/2.0, 26mm (wide), 1/2.0", 0.8µm, PDAF, Super Steady OIS 12 MP, f/2.2, 12mm



$299.99

FREE delivery **April 1 - 3**. Details

Or fastest delivery **Friday, March 29**. Order within 17 hrs 16 mins. Details

⌖ Delivering to Seattle 98168 - Update location

**Only 2 left in stock - order soon.**

Quantity: 1 ▾

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | INTEGRON TECHNOLOGIES INC |
| Sold by | INTEGRON TECHNOLOGIES INC |
| Returns | Eligible for Return, Refund or Replacement withi… |
| Payment | Secure transaction |

Details

**Add a Protection Plan:**
☐ Upfront Pay, 2-Year Protection for $73.99
☐ Monthly Mobile Accident Protection Plan for $3.49/month

[ Add to List ]

New & Used (3) from $159.95 + $5.00 shipping ›

Document title: Amazon.com: Samsung Galaxy S10 Lite SM-G770F/DS, Dual SIM 4G, International Version (No US Warranty), 128GB 6GB RAM, Prism Black - GSM…
Capture URL: https://www.amazon.com/Samsung-SM-G770F-Unlocked-International-Version/dp/B084HP3P7W?th=1
Capture timestamp (UTC): Wed, 27 Mar 2024 23:44:08 GMT
Page 1 of 9
TOT00194637











Roll over image to zoom in

pixels, 16:9 ratio (~504 ppi density); Protective coating:
Gorilla Glass 3+ Always-on display

- Android, One UI 2.0Android 10 (Qupdate to Android 12/One UI core 4.1)Samsung One UISystem-on-ChipQualcomm SDM855 SM8150 Snapdragon 855 (7 nm) CPUOcta-core (1x2.84 GHz Kryo 485 & 3x2.42 GHz Kryo 485 & 4x1.78 GHz Kryo 485) GPUAdreno 640 MEMORYCard slotmicroSDXC (uses shared SIM slot) Internal128GB 6GB RAM

- MAIN CAMERATriple48 MP, f/2.0, 26mm (wide), 1/2.0", 0.8μm, PDAF, Super Steady OIS 12 MP, f/2.2, 12mm (ultrawide) 5 MP, f/2.4, (macro) FeaturesLED flash, panorama, HDR Video4K@30/60fps, 1080p@30/60/240fps; gyro-EIS

- International Model, compatible with GSM carriers, does not work with CDMA carriers such as Verizon and Sprint.

## Compatible Products
Explore products that fit this item

1 of 10





Ringke Slot Card Holder (2 Pack)...
★★★★☆ 3,751
$14.99

ZHEGAILIAN Case Compatible with...
★★★★☆ 184
$15.99

⚠ Report an issue with this product or seller

## Consider a similar item



SAMSUNG Galaxy A54 5G A Series Cell Phone, Unlocked Android Smartphone, 128GB, 6.4" Fluid Display Screen, Pro Grade Camera, Long Battery Life, Refined Design, US Version, 2023, Awesome Black
★★★★☆ (1858)
$449.99  ✓prime

♻ Climate Pledge Friendly

## Top rated similar items



SAMSUNG Galaxy A34 5G + 4G LTE Latin American Version (256GB + 8GB) Unlocked Worldwide...
★★★★☆ 188
$295.00
Get it as soon as Monday, Apr 1
FREE Shipping by Amazon Only 5 left in stock - ord...



Samsung Galaxy S10 Factory Unlocked Android Cell Phone | US Version | 128GB of Storage | Fingerprint...
★★★★☆ 215
$379.98
Get it as soon as Saturday, Mar 30
FREE Shipping by Amazon Only 8 left in stock - ord...

Samsung Galaxy Alpha G850a 32GB Unlocked GSM 4G LTE Quad-Core Smartphone (Gold) -...
★★★★☆ 266
$99.99
Get it Apr 2 - 4
FREE Shipping

Samsung Galaxy S10e 128GB+6GB RAM SM-G970 Dual Sim 5.8" LTE Factory Unlocked Smartphone...
★★★★☆ 126
$429.99
Get it as soon as Monday, Apr 1
FREE Shipping by Amazon Only 4 left in stock - ord...

## Buy it with

   +      +   

Total price: $414.68

Add all 3 to Cart

Document title: Amazon.com: Samsung Galaxy S10 Lite SM-G770F/DS, Dual SIM 4G, International Version (No US Warranty), 128GB 6GB RAM, Prism Black - GSM...
Capture URL: https://www.amazon.com/Samsung-SM-G770F-Unlocked-International-Version/dp/B084HP3P7W?th=1
Capture timestamp (UTC): Wed, 27 Mar 2024 23:44:08 GMT

TOT00194638

## Buy it with

 ✓ +  ✓ +  ✓

Total price: $414.48



**Add all 3 to Cart**

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Samsung Galaxy S10 Lite SM-G770F/DS, Dual SIM 4G, International Versio...
$299⁹⁹

HOGGU Compatible with iPhone 13 Case Wallet - Crossbody Leather Wallet...
$15⁴⁹

Apple AirPods (2nd Generation) Wireless Ear Buds, Bluetooth Headphone...
$99⁰⁰

## Similar items that may deliver to you quickly

Page 1 of 2

‹       ›

**Samsung Galaxy S10+ Plus G975U, 4G LTE, US Version, 128GB, 8GB, White - Unlocked**
★★★★½ 403
$265.72
Get it as soon as **Tuesday, Apr 2**
FREE Shipping by Amazon
Only 2 left in stock - ord...

**SAMSUNG Galaxy S10+ Plus (128GB, 8GB) 6.4" AMOLED, Snapdragon 855, IP...**
★★★★ 264
Amazon's Choice in Cell Phones
$288.68
Get it as soon as **Monday, Apr 1**
FREE Shipping by Amazon

**Samsung Galaxy Note 20 N980F/DS, 4G LTE, International Version (No US Warranty), 256GB, Mystic Gray - GSM Unlocked**
★★★★½ 292
4 offers from $341.00

**SAMSUNG Galaxy A54 5G A Series Cell Phone, Unlocked Android Smartphone, 128GB, 6.4" Fluid...**
★★★★½ 1,858
$449.99
Get it as soon as **Monday, Apr 1**
FREE Shipping by Amazon
🍃 Climate Pledge Friendly ⌄

**Samsung Galaxy S10+ Plus 128GB+8GB RAM SM-G975F/DS Dual Sim 6.4" LTE Factory...**
★★★★½ 601
$469.99
Get it as soon as **Tuesday, Apr 2**
FREE Shipping by Amazon
Only 5 left in stock - ord...

**SAMSUNG Galaxy S21 Ultra G998U 5G | Fully Unlocked Android Smartphone | US Version | Pro-Grade...**
★★★★ 1,551
$334.95
Get it as soon as **Monday, Apr 1**
FREE Shipping by Amazon
🍃 Climate Pledge Friendly ⌄

## Customers also search

Page 1 of 4

‹       ›

samsung s10 fe   samsung galaxy s10e used   galaxy phone s   verizon samsung phone   galaxy samsung s10   unlocked galaxy s10 phones   s10 new

## Looking for specific info?

🔍 Search in reviews, Q&A...

## Customer reviews

★★★★½ **4.4 out of 5**
731 global ratings

| | |
|---|---|
| 5 star | 69% |
| 4 star | 17% |
| 3 star | 7% |
| 2 star | 3% |
| 1 star | 5% |

⌄ How customer reviews and ratings work

**Customers say**

Customers like the value, speed and camera of the cellular phone. For example, they mention that it's a high-end phone at an affordable price, takes great pictures and that the face lock works pretty fast. That said, they also like the battery life and color. That being said, opinions are mixed on the quality, performance, and accessories.
AI-generated from the text of customer reviews

✓ Value  ✓ Speed  ✓ Camera  ✓ Battery life  ✓ Color  Quality  Performance
Accessories

**Reviews with images**          See all photos ›







3 star

2 star 3%

1 star 5%

How customer reviews and ratings work

Accessories

## Reviews with images

See all photos ›

### Review this product

Share your thoughts with other customers

Write a customer review





Top reviews

### Top reviews from the United States

J Ro

**Pretty good!**

Reviewed in the United States on August 23, 2020

Color: Prism White | Verified Purchase

Bought this for a friend in Japan.

We tried UQ Mobile but it did not work.

We tried Y!Mobile and it worked! it uses SoftBank signal.

We got this phone mostly since the companies here try to get you to purchase their company branded phones which is a bit more expensive.

The S10 Lite is pretty good! its as fast as the regular S10, the size is almost the same as my S20+ so its big! display is 6.7" (17.018 cm) and comes with 4500mAh battery so you will have plenty of battery along with the fast and efficient Snapdragon 855 SoC and surprisingly 8GB of RAM. The camera is pretty good, it does not come with telephoto but it comes with the regular, wide, and macro lenses. Expect 2-3 years of software updates as Samsung announced longer

Read more

One person found this helpful

Helpful | Report

Will V

**Excellent phone**

Reviewed in the United States on September 1, 2020

Verified Purchase

This is a great phone at a great price, it really should be named the S20 Lite since it came out in 2020 and has S20 features. I choose this over getting another A71 and the Note10 Lite. The S10 Lite has better specs.

I was hesitant at first to buy, since I previously had a bad experience with another phone seller on Amazon. They had advertised a new phone and it definately wasn't new. Exactly 1 week after the 1 month return period that A71 phone bricked and I spent the next 2 weeks trying to get my money back. Amazon eventually had to intervene on my behalf. This phone thankfully was new and it had the unbroken Samsung sticker on the side of the box.

One tip is the factory screen protector isn't that great, and on my model I had problems with the in screen finger print reader not recognizing. I did some research and found that if you either take the protector off or get another aftermarket one it solves the issue. I ended up buying one and the fingerprint reader works about 95% of the time now. It seems to have issues in direct sunlight only now, but that seems to be common for all in screen readers.



One person found this helpful

Helpful | Report

No Reviews for Amzn

**GREAT PRICE, But cheap quality glass screen.**

Reviewed in the United States on August 2, 2020

One person found this helpful

Helpful | Report

 No Reviews for Amzn

★★★★☆ **GREAT PRICE, But cheap quality glass screen.**

Reviewed in the United States on August 2, 2020

Color: Prism Black | **Verified Purchase**

Seller was awesome. I had a question prior to my purchase, and they promptly answered my question. As for the phone, so far so good. Love the larger screen and it's faster than I thought it would be. Overall experience for me is 5 stars.

Continued Review...it has been a month since my last review and I have to take a star away for the screen. My previous phones had gorilla glass and this one does not. I usually have my keys inside my pocket with the phone and had no issues before with the gorilla glass. Today I noticed a scratch on my screen. I didn't think I would have a need for a screen protector...guess I was wrong. Overall the phone is awesome with the exception of the cheap quality screen.

2 people found this helpful

Helpful | Report

 Sasha Pierce

★★★★★ **Awesome Phone........**

Reviewed in the United States on October 22, 2020

Color: Prism White | **Verified Purchase**

This is exactly the phone I wanted for the perfect price! Works like a charm! Had it for a week and I'm loving the color, the functions, the features, the storage space (because I can run through data like you wouldn't believe lol)
My only issue is the size...I have small fingers so I prefer something a little smaller but thats peanuts compared to the value of this phone!
I have metros PCS service & it pairs perfectly thanks to the fact that it was unlocked too! Nothing bad to say about this phone! Samsung definitely did a wonderful job with this version!

Helpful | Report

 Brandon

★★★★★ **Basically Dubai's Samsung S20**

Reviewed in the United States on July 11, 2020

Color: Prism White | **Verified Purchase**

WORKS WITH VERIZON. The S10 lite, being "international gsm unlocked" says on the box it "does NOT work with Verizon" and also says "must be activated with a Sim from the middle east". This is 100% wrong, I'm using Verizon from the USA. With Verizon: calls, texts and 4G LTE data all work. To do this, step 1: activate your Verizon Sim on any other phone (to create your phone number), step 2: place that Sim in this S10 lite. Done. Just move your old phones Sim to this one. The seller is also fantastic, as they changed my order from the Note 10 lite to the S10 lite. Thank you. The S10 lite has a 48MP camera (8,000x6,000p), 36mp MORE than the iPhone 11 pro. The Note 10 lite only has 12MP cameras (but the note does have the S-pen and headphone jack if you want that). This phone has a 4,500mah battery, 8 core processor, and 8GB of ram. It ships from Dubai so it has Arabic lettering and you DO need to buy a "EU to US travel adaptor" to use "superfast charging". Or just buy a new cable. It does come with a FREE case (clear, shown in pics) and tempered glass screen protector :) The 32MP selfie camera is 24 million pixels more than a Note 9 or iPhone 11 pro.



4 people found this helpful

Helpful | Report

 Ux4

★★★★★ **Fantastic Samsung Flagship at a bargain price**

Reviewed in the United States on July 12, 2020

**Verified Purchase**

First impression. The S10 Lite is an almost perfect flagship smartphone. This particular seller is excellent and stands ready to fully answer all questions immediately. The phone, itself, possesses blazing speed, has the latest OS and Samsung software, leaving nothing lacking. Unlike the other 2019 S10's, this phone is a 2020(think update longevity). The cameras and their software leave nothing to be desired.

 ★★★★★ **Fantastic Samsung Flagship at a bargain price**

Reviewed in the United States on July 12, 2020

**Verified Purchase**

First impression. The S10 Lite is an almost perfect flagship smartphone. This particular seller is excellent and stands ready to fully answer all questions immediately. The phone, itself, possesses blazing speed, has the latest OS and Samsung software, leaving nothing lacking. Unlike the other 2019 S10's, this phone is a 2020(think update longevity). The cameras and their software leave nothing to be desired.

I was able to register the phone with Samsung USA and confirm that it has a standard warranty. The phone comes with a scteen protector installed by samsung, as well as a case, charger with adapter, and usb-c Samsung earphones.

2 people found this helpful

Helpful | Report

AJ Vaughn

★★★☆☆ **Warning This will NOT work on ATT or Cricket Wireless**

Reviewed in the United States on March 6, 2021

Color: Prism Black | **Verified Purchase**

This phone is NOT compatible with ATT or Cricket Wireless. They state that because this phone is 3g capable, they will not longer allow this phone on their networks. It is a policy they started 01/2021 according to the rep. I was able to get it activated on another service and the phone itself works good just disappointed it would not be activated on AT&t.

4 people found this helpful

Helpful | Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Samuel Jiménez 🔧

★★★★★ **Perfectamente recomendable**

Reviewed in Mexico on August 30, 2020

**Verified Purchase**

Excelente. El s10 llegó cerrado y sellado. Llegó rápido para mañana. Este celular tiene el procesador Snapdragon 855 lo cuál lo hace ser poderoso. La cámara superó mis expectativas tiene una excelente calidad y me gusta la estabilizacion.
La verdad lo recomiendo mucho. Se ve elegante y su color es bonito.



One person found this helpful

Report

Translate review to English

Sonya Howse

★★★★★ **Perfect transaction!**

Reviewed in Canada on May 13, 2020

**Verified Purchase**

The phone came in a clean, undamaged, sealed box. It's not a fake; hardware and software are legit. No problems whatsoever setting up, just my preferences, SIM card and SD card to input. I use Koodo, and it works perfectly fine! I recommend this seller, and the Samsung S10 Lite!

3 people found this helpful

Report

Jon

★★★★★ **Great choice cost/ benefit**

Reviewed in Canada on May 13, 2020

use Koodo, and it works perfectly fine! I recommend this seller, and the Samsung S10 Lite!

Report

 Jon

★★★★★ **Great choice cost/ benefit**
Reviewed in Canada on May 13, 2020
Color: Prism Black  |  Verified Purchase

It is a really good cellphone that has the most important features of the best smartphones at a reasonable price. I have been using it for 3 days and everything is working well.
My order arrived on time and in manner.

2 people found this helpful

Report

 Raudel

★★★★★ **Precio real, completamente nuevo**
Reviewed in Mexico on March 20, 2020
Color: Prism Black  |  Verified Purchase

El teléfono llegó completamente nuevo , sellado en caja ,el envío es muy rápido toma dos días confirmar el envío y el envío tarda entre 1 y 2 dias muy rápidos y efectivos.

One person found this helpful

Report

Translate review to English

 Oleg Aroslanov

★★★★★ **Great value for money phone, a lot of functionality, extreme long battery life**
Reviewed in Canada on December 24, 2020
Color: Prism Black  |  Verified Purchase

I am very satisfied with this phone, it is very fast, very powerful, it has all functions I need and on top of that the battery life is enormous comparing to other phones in this price range. It works for 2 days without recharging, and with it's super fast quick charge it is charged back to 90% in about 20 mins!

Report

See more reviews ›

---

## Best Sellers in Cell Phones & Accessories

Page 1 of 9


Ailun Glass Screen Protector for iPhone 14 / iPhone 13 / iPhone 13 Pro [6.1...
★★★★½ 118,112
#1 Best Seller in Cell Phones & Accessories
$5.98 ($1.99/Count)
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon


Ailun 3 Pack Screen Protector for iPhone 15 Pro Max [6.7 inch] + 3 Pack Camera Lens Protector with...
★★★★½ 59,934
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon


NEW'C [3 Pack Designed for iPhone 14, 13, 13 Pro (6.1") Screen Protector...
★★★★½ 57,186
#1 Best Seller in Cell Phone Screen Expanders & Magnifiers
$6.99 ($2.33/Count)
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon


Smartphone Solar Imaging, Enhancing Photo Lens 2 Pack
★★★★☆ 292
$9.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon


Apple 20W USB-C Power Adapter - iPhone Charger with Fast Charging...
★★★★★ 206,228
#1 Best Seller in Cell Phone Wall Chargers
$14.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon


INIU Portable Charger, Slimmest 10000mAh 5V/3A Power Bank, USB C in&out High-...
★★★★½ 95,622
#1 Best Seller in Cell Phone Portable Power Banks
$19.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders over $35 shipped by Amazon

TOT00194643


Phones & Accessories
$5⁰⁰ ~ $13.01 ~
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon


$6.89
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon


Phone Screen Expanders
$9.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon


$6.99 ($2.33/Count)
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon


Phone Wall Chargers
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon


Phone Portable Power
$19.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping on orders
over $35 shipped by
Amazon

## Popular products based on this item

Page 1 of 7



Samsung Galaxy A15 (SM-155M/DSN), 128GB 6GB RAM, Dual SIM, Factory Unlocked GSM, International...
★★★★☆ 30
$167.99
Get it as soon as
**Monday, Apr 1**
FREE Shipping by Amazon

SAMSUNG Galaxy A04e (SM-A042M/DS) Dual SIM 32GB, 6.5" GSM Unlocked,...
★★★★☆ 246
**Amazon's Choice** in Cell Phones
$100.00
Get it as soon as
**Thursday, Apr 4**
FREE Shipping by Amazon

Samsung Galaxy A25 5G (SM-A256E/DS), 128GB 6GB RAM, Dual SIM, Factory Unlocked GSM, International...
★★★★☆ 6
$229.76
Get it as soon as
**Tuesday, Apr 2**
FREE Shipping by Amazon

Motorola Moto G84 5G (GSM Unlocked, International Version) 256GB + 12GB RAM Dual SIM Android 13...
★★★★☆ 45
$279.50
Get it as soon as
**Monday, Apr 1**
FREE Shipping by Amazon

Alcatel 1 (16GB) 5.0" Full View Display, Removable Battery, FM Radio, Dual SIM GSM Unlocked US & Global 4G LTE...
★★★★☆ 32
$30.99
🍃 Climate Pledge Friendly ⌄

Samsung Galaxy A15 5G (SM-156M/DSN), 128GB 6GB RAM, Dual SIM, Factory Unlocked GSM, International Version (Wall Charge...
$179.98
Get it as soon as
**Monday, Apr 1**
FREE Shipping by Amazon
Only 15 left in stock -...

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business



See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell more with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help



English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT 9

Deliver to
Wilmington 19801

INTEGRON TECHNOLOGIES INC ▾   Search Amazon

EN ▾   Hello, sign in
Account & Lists ▾

Returns
& Orders

0

All   Medical Care ▾   Groceries ▾   Best Sellers   Amazon Basics   New Releases   Prime ▾   Music   Customer Service   Today's Deals

1-16 of 206 results

Sort by: Featured

**Results**

More-sustainable Products
   Climate Pledge Friendly

**Department**
Cell Phones & Accessories
Electronics

**Customer Reviews**
   & Up
   & Up
   & Up
   & Up

**Condition**
New
Used

**Availability**
   Include Out of Stock



Samsung Galaxy S21 Ultra 5G, US Version, 128GB,
Phantom Black - Unlocked (Renewed)

Options: 2 sizes

4,170
1K+ bought in past month

$309⁹⁹ Typical price: $347.95

FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

🌿 1 sustainability feature

Price may vary by color





Samsung Galaxy S21+ 5G, US Version, 128GB, Phantom
Black - Unlocked (Renewed)

1,646
500+ bought in past month

$229⁹⁹ Typical price: $264.99

FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

Only 5 left in stock - order soon.

🌿 1 sustainability feature



Samsung Galaxy A03s Cell Phone, AT&T GSM Unlocked
Android Smartphone, 32GB, Long Lasting Battery,...

305
500+ bought in past month

$79⁹⁹ List Price: $87.14

FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

Only 14 left in stock - order soon.

🌿 1 sustainability feature



Samsung Galaxy A14 5G A Series, Factory Unlocked,
64GB, US Version, Black (Renewed)

354
1K+ bought in past month

$119⁹⁹

FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

🌿 1 sustainability feature



Samsung Galaxy S22 Ultra 5G Unlocked - 128GB - Black
(Renewed)

642

Shop now

Sponsored



500+ bought in past month

**$499⁹⁹** List Price: ~~$629.99~~

FREE delivery **Apr 18 - 22**
Or fastest delivery **Tue, Apr 16**

🌿 1 sustainability feature



Samsung Galaxy S20+ 5G 128GB Fully Unlocked Smartphone (Renewed)

4,966

500+ bought in past month

**$208⁹⁹** Typical price: ~~$231.00~~

FREE delivery **Apr 18 - 22**
Or fastest delivery **Tue, Apr 16**

🌿 1 sustainability feature

Price may vary by color



Samsung Galaxy A53 5G A Series Cell Phone, Factory Unlocked Android Smartphone, 128GB, 6.5" FHD Super...

257

500+ bought in past month

**$169⁹⁹** List Price: ~~$249.99~~

FREE delivery **Apr 18 - 22**
Or fastest delivery **Tue, Apr 16**

Only 15 left in stock - order soon.

🌿 1 sustainability feature



Renewed Samsung Galaxy S22 Ultra 512GB - 8K Camera, S Pen, Long Battery, Fast Processor, Phantom Black

1,178

400+ bought in past month

**$599⁹⁹** List Price: ~~$699.99~~

FREE delivery **Apr 18 - 22**
Or fastest delivery **Tue, Apr 16**



Samsung Electronics Galaxy Note 20 5G Unlocked Android Cell Phone | US Version | 128GB of Storage | Mobile...

1,845

500+ bought in past month

**$237⁹⁰** Typical price: ~~$250.00~~

FREE delivery **Apr 18 - 22**
Or fastest delivery **Tue, Apr 16**

Only 4 left in stock - order soon.

🌿 1 sustainability feature

Price may vary by color





SAMSUNG Galaxy A13 LTE, Factory Unlocked Smartphone, Android Cell Phone, Water Resistant, 50MP Camera, US...

346





500+ bought in past month

**$99**$^{00}$ Typical price: ~~$104.89~~

**FREE delivery Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

🍃 1 sustainability feature



### Samsung Galaxy Note 20 Ultra 128GB Unlocked Android Smartphone - Mystic Black (Renewed)

3,848
500+ bought in past month

**$399**$^{99}$ List Price: ~~$439.99~~

**FREE delivery Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

🍃 1 sustainability feature

 



### SAMSUNG Galaxy S22 Ultra 5G Factory Unlocked 256GB SM-S908U1 Phantom Black (Renewed)

549
300+ bought in past month

**$549**$^{99}$ List Price: ~~$577.50~~

**FREE delivery Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**
Only 8 left in stock - order soon.

🍃 1 sustainability feature



### Unlocked Samsung A42 5G 128GB - Black - SM-A426UZABXAA (Renewed)

389
400+ bought in past month

**$131**$^{29}$

**FREE delivery Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**

🍃 1 sustainability feature



### Samsung Galaxy S23 Ultra 5G SM-S918B/DS Dual SIM 256GB ROM 8GB RAM GSM Factory Unlocked Global...

578
400+ bought in past month

**$872**$^{99}$

**FREE delivery Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**
Only 2 left in stock - order soon.

Price may vary by color





### Samsung Galaxy A14 5G A Series Cell Phone, Factory Unlocked GSM Android Smartphone, 4GB / 64GB Black...

63
500+ bought in past month

**$119**$^{99}$

Shop now

Sponsored



FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**
1 sustainability feature



SAMSUNG Galaxy A51 128GB (6.5 inch) Display Quad
Camera 48MP A515U Black Unlocked (Renewed), A51...
1,382
300+ bought in past month
**$139**⁹⁹
FREE delivery **Apr 18 – 22**
Or fastest delivery **Tue, Apr 16**
Only 4 left in stock – order soon.
1 sustainability feature

‹ Previous   **1**   2   3   ⋯   13   Next ›

## Need help?

Visit the help section or contact us

Sponsored

## Recommended based on your browsing history

Sponsored







SAMSUNG Galaxy S24+
Plus Cell Phone, 256GB
AI Smartphone,
Unlocked Android, 50MP
Camera, Fastest Proces...
736
$999.99

Motorola Think Phone |
2023 | Unlocked | Made
for US 8/256GB | 50MP
Camera | Volcanic Gray,
6.6 inches
1,161
$399.88

PureGear Maximum
Clarity HD Tempered
Glass Screen Protector
for Samsung Galaxy S21
Ultra 5G, Touch + Preci...
53
$39.99

HOOMIL for Samsung
Galaxy S21 5G Case
Clear [Anti-Yellowing]
Anti-Scratch Transparent
Hard Back and Soft Ed...
374
$9.99

Crave Note 10+ Case,
Dual Guard Protection
Series Case for Samsu
Galaxy Note 10 Plus –
Slate
10,094
$17.99

**Customers who viewed items in your browsing history also viewed**

   

**Samsung S21 FE 5G 128GB Unlocked Android Smartphone Gray (Renewed)**
823

**$214.99**

Get it as soon as **Friday, Apr 19**

FREE Shipping by Amazon

🌿 Climate Pledge Friendly

**Samsung Galaxy S20+ 5G 128GB Fully Unlocked Smartphone (Renewed)**
4,966

**$224.99**

Get it as soon as **Friday, Apr 19**

FREE Shipping by Amazon
Only 3 left in stock – order…

🌿 Climate Pledge Friendly

**Samsung Electronics Galaxy Note 20 5G Unlocked Android Cell Phone | US Version | 128GB of Storage |…**
1,845

**$239.00**

Get it as soon as **Friday, Apr 19**

FREE Shipping by Amazon
Only 12 left in stock – orde…

🌿 Climate Pledge Friendly

**Samsung Galaxy S22 Ultra 5G Unlocked – 128GB – Black (Renewed)**
642

**$429.00**

Get it **Apr 17 - 18**

FREE Shipping

🌿 Climate Pledge Friendly

**Samsung Galaxy S21 US Version, 128GB, Phantom Gray - Unlocked (Renewed)**
8,666

**$218.00**

Get it as soon as **Friday, A 19**

FREE Shipping by Amazon

🌿 Climate Pledge Friend

---

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell more with Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Help

---

| English | United States |

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries &
More
Right To Your
Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office
Mojo
Find Movie
Box Office
Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion
Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart
Security
for Every
Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

# EXHIBIT 10



# Transcript of Sean Diaz, Corporate Designee & Individually

**Date:** March 13, 2024
**Case:** TOT Power Control, S.L. -v- Samsung Electronics Co., Ltd., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

Transcript of Sean Diaz, Corporate Designee & Individually
Conducted on March 13, 2024

10 (37 to 40)



37

1 the exact time frame.
2    Q.   So moving on to the next column over,
3 OQ, I believe this is still May of 2021, and
4 that's labeled "Net Sales."
5       Do you see that?
6    **A.   Yes.**
7    Q.   And what does "Net Sales" represent
8 in this spreadsheet?
9    **A.   "Net Sales" would be the money**
10 **received from customers, less returns, less any**
11 **promotions provided.**
12    Q.   And so when you say "returns," does
13 that mean that the customer just fully returns
14 the -- the unit that they acquired?
15    **A.   Correct. So when you have a return,**
16 **it would reverse the revenue that was recognized**
17 **on the previous sale because the product was**
18 **returned.**
19    Q.   It would be something that Samsung
20 has reimbursed the -- the purchaser for.
21       Is that right?
22    **A.   SEA would reimburse its carrier,**
23 **distributor, customer for the respective return,**
24 **yes.**
25    Q.   And then you referred to "promotions"

38

1 earlier.
2       What are "promotions"?
3    **A.   An example would be a rebate.**
4    Q.   So these are, sort of, discounts on
5 the usual purchase price of the unit?
6    **A.   Correct.**
7    Q.   And do you have an understanding as
8 to why net sales for this particular column is
9 zero even though 150 units were sold?
10    **A.   Yes.**
11    Q.   And what's your understanding?
12    A.

39

1    Q.
2
3                                          ?
4    **A.   Correct.**
5    Q.   So when, for example, you're pulling
6 this net sales data from the SAP database
7 system, is it, for example, a query that you're
8 doing just for net sales, or are you querying
9 the total sales, the returns, and the promotions
10 separately, and then doing a calculation from
11 those?
12       MS. STARK:  Objection to form.
13       THE WITNESS:  My understanding is
14 it's querying net sales.
15 BY MR. DeWALT:
16    Q.   And would it be possible to break out
17 the net sales, the returns, and the promotions
18 separately from that database?
19    **A.   As mentioned before, it is possible,**
20 **but it would be voluminous data, take some time,**
21 **and run into archiving issues, where this number**
22 **represents the consideration that was received**
23 **by SEA for the sale.**
24    Q.   But at least, theoretically, that --
25 you know, the returns and promotions data is

40

1 kept somewhere within SEA's systems, even
2 though, if you go backwards, it might lose --
3 you know, lose truthfulness.
4    **A.   It would not state it would lose**
5 **truthfulness, but it could be archived and could**
6 **run into time issues and would take some time to**
7 **pull.**
8    Q.   Yeah.  I thought -- think that was a
9 bad word choice on my part, but, you know, you
10 could run a target of allegations.
11       The next column here is "COGs."
12       What does "COGs" stand for?
13    **A.   Cost of goods sold.**
14    Q.   And what does cost of goods sold
15 represent for a particular SKU?
16    **A.   It is the material costs, less**
17 **returns, plus any inventory write-offs.**
18    Q.   When you say "returns" as it pertains
19 to cost of goods sold, would that be -- sorry.
20       What -- strike that.
21       Start from the top.
22       So material costs, would that be what
23 SEA has paid for the -- the unit itself?
24    **A.   Yes.**
25    Q.   Is there anything else in material

---

**41**

1 costs, just the purchase price of the unit?
2   A.   It would be the purchase price of the
3 unit.
4   Q.   And when you say "returns" as it
5 relates to COGs, what do you mean by "returns"?
6   A.   Similar to my definition of returns,
7 in the other categories.  If SEA were to make a
8 sale, it would recognize positive quantity,
9 positive revenue, and positive CGS.  A return
10 would reverse those transactions.
11   Q.   But in this case, it would be SEA
12 returning a unit to SEC?
13   A.   No.
14       MS. STARK:  Objection.
15 BY MR. DeWALT:
16   Q.   This would be -- if the customer
17 returns a unit, it would be removed from cost of
18 goods sold?
19   A.   Correct.  If a customer returns a
20 unit to SEA, cost of goods sold would reverse,
21 correct.
22   Q.   You referred to "inventory
23 write-offs" earlier.
24       What do you mean by "inventory
25 write-offs"?

**42**

1   A.   For instance, if inventory becomes
2 damaged in the warehouse or if it becomes
3 obsolete, then SEA would write off the inventory
4 as non-saleable.
5   Q.   All right.
6       MR. DeWALT:  We've been going about
7 an hour.
8       Is this an okay time for a break?
9       Maybe five or ten minutes?
10       THE WITNESS:  That's fine.
11       MS. STARK:  Ten minutes, if possible.
12       MR. DeWALT:  Okay.  So let's come
13 back at 10:10.
14       THE VIDEO TECHNICIAN:  We are going
15 off the record.  The time is 10:01 a.m.
16       (A recess was taken.)
17       THE VIDEO TECHNICIAN:  We are going
18 back on the record.  The time is 10:11 a.m.
19 BY MR. DeWALT:
20   Q.   All right.  Welcome back, Mr. Diaz.
21       Going back to what we were just
22 talking about for cost of goods sold in the
23 spreadsheet, was material costs minus returns
24 and inventory write-offs and -- similar to some
25 of the questions I've asked before, is it

**43**

1 possible, within the database, to split out
2 material costs from returns and inventory
3 write-offs with sort of the same caveats that
4 you've given for the -- the prior ones?
5   A.   Uh, same caveats of archiving,
6 voluminous data, and taking time to pull.  I can
7 say that the material costs would probably be 95
8 to 98 percent of this amount.
9   Q.   So material costs would represent the
10 purchase price of the unit that ▮▮▮ pays to ▮▮▮
11 correct?
12   A.   Yes.
13   Q.   Does that include any other costs,
14 like cost of importation or transport or
15 anything like that?
16   A.   It would include -- the shipping
17 costs would be incorporated within that number.
18   Q.   Would it include any other overhead
19 costs?
20   A.   I do not know.
21   Q.   And does SEA purchase its devices,
22 uh, that are on this spreadsheet, from any other
23 entity, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮
25       MS. STARK:  Objection.

**44**

1       THE WITNESS:  For these accused
2 products, they would be purchased ▮▮▮▮.
3 BY MR. DeWALT:
4   Q.   Does SEA purchase the devices that
5 appear on this spreadsheet, from any other
6 company ▮▮▮▮▮▮▮▮▮▮?
7   A.   As mentioned, the accused products on
8 this spreadsheet would have been purchased from
9 ▮▮▮▮
10   Q.   And how is the cost of goods that SEA
11 purchases ▮▮▮▮ determined?
12   A.   Through negotiations between SEA ▮▮▮
13 ▮▮▮, but I'm not involved, so I do not know.
14   Q.   Are you aware of any policies for how
15 the negotiations ▮▮▮▮▮▮▮ for the
16 purchase cost of these units is performed?
17       MS. STARK:  Objection, outside the
18 scope.
19       THE WITNESS:  I do not know.
20 BY MR. DeWALT:
21   Q.   Do you know if the purchase price of
22 units ▮▮▮▮▮ is the same for SEA as for
23 ▮▮▮▮▮▮▮▮?
24       MS. STARK:  Same objection.
25       THE WITNESS:  I do not know.

Transcript of Sean Diaz, Corporate Designee & Individually
Conducted on March 13, 2024



45

1     MR. DeWALT:  I'd just note that
2  Mr. Diaz is -- does -- was noticed individually,
3  so you can object as outside of the scope of the
4  topics, but he still has to answer if he
5  understands in his personal capacity.
6     MS. STARK:  Understood.
7  BY MR. DeWALT:
8     Q.  Mr. Diaz, have you ever heard of
9  something called an Advance Pricing Agreement?
10    **A.  Yes.**
11    Q.  And what's your understanding of what
12 an Advance Pricing Agreement is?
13    **A.  My understanding of an Advance**
14 **Pricing Agreement is an agreement that will**
15 **illustrate or dictate transfer pricing and the**
16 **appropriateness of the pricing.**
17    Q.  And that would be an agreement
18 between an entity like Samsung that's paying
19 taxes with the tax authority of a particular
20 place like the United States IRS, right?
21    MS. STARK:  Objection, outside the
22 scope.
23    THE WITNESS:  Correct.
24 BY MR. DeWALT:
25    Q.  Do you know if Samsung has an Advance

46

1  Pricing Agreement with the United States, as it
2  relates to the accused products?
3     MS. STARK:  Same objection.
4     THE WITNESS:  ███████
5  BY MR. DeWALT:
6     Q.  ███████████████████
7  ███████████████████
8     **A.  I do not know.**
9     Q.  ███████████████████
10 ███████████████████████
11 ████████████
12    MS. STARK:  Same objections.
13    THE WITNESS:  Yes.
14 BY MR. DeWALT:
15    Q.  And what's the name of that person?
16    **A.  It would be the tax department of**
17 **SEA.**
18    Q.  Do you know the name of anyone in
19 particular at the tax department of SEA who you
20 would go to to ask if you wanted to ████
21 ██████████████?
22    **A.  ██████████.**
23    Q.  You said ████████?
24    **A.  Yes.**
25    Q.  ████████?

47

1     A.  ████████████
2
3     Q.  Were you involved at all in the
4  negotiation of ███████████████
5  ██████████████████?
6     MS. STARK:  Objection, outside the
7  scope.
8     THE WITNESS:  No.
9  BY MR. DeWALT:
10    Q.  And I -- I think you mentioned the
11 term "transfer pricing" earlier.
12    What's your understanding of what the
13 term "transfer pricing" means?
14    **A.  The purchase price from SEA to** ███
15    Q.  And were you involved at all in the
16 negotiations between ████████ regarding the
17 transfer price of the units sold?
18    MS. STARK:  Counsel, I want to object
19 to this entire line of questioning as outside
20 the scope of the 30(b)(6) topics that Mr. Diaz
21 has been designated for, subject to SEA's
22 objections and responses.
23    MR. DeWALT:  That's fine.
24    I'm asking him whether he was
25 involved in his personal capacity or whether

48

1  he's aware of it.  That's all I'm asking.
2     MS. STARK:  Okay.
3     THE WITNESS:  I am not involved.
4  BY MR. DeWALT:
5     Q.  Sorry.  Say that again?
6     **A.  I am not involved.**
7     Q.  Have you ever been involved in
8  negotiations ████████████████ as it relates
9  to transfer pricing?
10    **A.  No.**
11    Q.  And do you know who at SEA is
12 involved in negotiating the transfer pricing
13 ████████?
14    **A.  I do not.**
15    Q.  Would it be someone in the tax
16 department?
17    **A.  No.**
18    Q.  Is there a general group that would
19 be involved in the negotiation of transfer
20 pricing ████████████████ that you're aware
21 of?
22    **A.  It could be the business planning**
23 **teams, but I do not know.**
24    Q.  So in terms of this spreadsheet for
25 the material costs that go into the cost of

**49**

1 goods sold, do you have an understanding whether
2 that material cost includes overhead from █████
3 ████████████████?
4 **A.** ████████████████████
5 ████████████████████████
6 ███████
7 Q. Do you know if that material cost
8 includes patent royalties ██████████████
9 ████████████
10 **A. I do not know.**
11 Q. Do you know if the material cost
12 includes research and development costs █████
13 ███ in development of the units?
14 **A. I do not know.**
15 Q. Does the -- do any overhead costs
16 paid by SEA factor into the cost of goods sold
17 that's in this spreadsheet?
18 MS. STARK: Objection to form.
19 THE WITNESS: No.
20 BY MR. DeWALT:
21 Q. No?
22 Is that your answer?
23 **A. Correct.**
24 Q. Do any patent royalties paid by SEA
25 factor into the cost of goods sold that's

**50**

1 memorialized in this spreadsheet?
2 MS. STARK: Objection to form.
3 THE WITNESS: Any related expenses or
4 overhead associated with selling the products
5 would be a component of operating expense, not
6 cost of good sold.
7 BY MR. DeWALT:
8 Q. Understood.
9 So that takes us to our next column,
10 "OPEX."
11 Does that stand for operating
12 expenses?
13 **A. Yes.**
14 Q. And what's included in the OPEX in
15 this spreadsheet?
16 **A. It would be the marketing, sales,**
17 **general and administrative expenses incurred**
18 **associated with selling these products in the**
19 **United States, SEA.**
20 Q. Just to confirm you said marketing,
21 sales, and general expenses.
22 Is that right?
23 **A. Correct.**
24 Q. What goes into the marketing expenses
25 that are part of OPEX?

**5**

1 **A. Marketing, advertising expense.**
2 Q. And what is -- do you mean by sales
3 expenses that go into OPEX?
4 **A. Primarily, sales, labor expense.**
5 Q. And what -- when you said general
6 expenses under OPEX, what does that include?
7 **A. Marketing and sales labor would be**
8 **the primary components, but there could be**
9 **outsourcing expenses for items such as that as**
10 **well.**
11 Q. What do you mean by "outsourcing"?
12 **A. A third-party vendor performing work**
13 **on behalf of SEA.**
14 Q. So based on this spreadsheet, is OPEX
15 tracked on a per-SKU basis?
16 **A. Yes. As the spreadsheet details,**
17 **operating expenses on a SKU basis.**
18 Q. And how does Samsung allocate certain
19 general expenses on a SKU-by-SKU basis?
20 MS. STARK: Objection to form.
21 Mr. Diaz is designated on behalf of
22 Samsung Electronics America.
23 THE WITNESS: SEA designates these
24 operating expenses ████████████████████
25 ████████████████████████████████

**52**

1 ████████████████████████████
2 ████████████████████████
3 ████████
4 BY MR. DeWALT:
5 Q. ████████████████████████
6 ██████████████████████████
7 ████████████████████████
8 █████████
9 Does that sound about right?
10 **A. A better example would be the labor**
11 **expense associated with selling certain**
12 **products.**
13 ████████████████████████████████
14 ████████████████
15 Q. And does SEA track marketing, sales,
16 and general expenses separately for each SKU?
17 **A. As mentioned, yes, but it is**
18 **voluminous data, archiving issues, and would be**
19 **very time- -- (sotto voce).**
20 Q. And when OPEX is allocated between
21 different SKUs, ████████████████████████
22 ████████████
23 Is that an automatic process, or is
24 that something that a human has to determine?
25 **A. My understanding is that humans**

# EXHIBIT 11

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC 2017 LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:18-CV-00508-JRG |
| | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., SAMSUNG ELECTRONICS CO. | § | |
| LTD., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is Plaintiff Uniloc 2017 LLC's ("Uniloc") Motion to Compel Production of Relevant Licenses and Financial Documents (the "Motion"). (Dkt. No. 68.) The Court held a hearing regarding the Motion on March 11, 2020. Prior to the hearing, Uniloc and Defendants Samsung Electronics Co. Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung") (together with Uniloc, the "Parties") met and conferred in an attempt to resolve their dispute without Court intervention. (Dkt. No. 78.) Based on representations made to the Court, as a result of that meet and confer, the Parties were able to substantially resolve their disputes, such that there remained only one issue for the Court to resolve: whether or not Samsung should be required to produce its costs of goods ("CoG") for the accused products. (Dkt. No. 89 at 4:11–19.) Having considered the Motion, the briefing, and the arguments presented at the hearing, the Court is of the opinion that the Motion[1] should be and hereby is **GRANTED**.

---

[1] *i.e.*, the portion of the Motion that is still at issue.

## I.     BACKGROUND

Uniloc sued Samsung for patent infringement on November 17, 2018. (Dkt. No. 1.) Uniloc alleges that Samsung infringes U.S. Patent No. 6,836,654 (the "'654 Patent"). (*Id*.) The '654 Patent is "directed to technology for protecting a mobile radiotelephony device from unauthorized use." (Dkt. No. 61 at 3.) Uniloc alleges that Samsung infringes the '654 Patent by importing, using, offering for sale, and selling in the United States electronic devices that utilize "antitheft measures" (the "Accused Products"). (Dkt. No. 1 at 2.)

On February 18, 2020, Uniloc filed the present Motion. (Dkt. No. 68.) Initially, the Motion raised multiple issues. (*Id*. at 1–2.) However, through the Parties' efforts during their meet and confer process, the Parties reduced the Motion to one issue: whether or not Samsung should be required to produce its CoG for the Accused Products. (Dkt. No. 89 at 4:11–19.) The CoG information relates to how much it costs SEC to manufacture the Accused Products and could reveal profits made by SEC when they sell the Accused Products to SEA (Samsung's American branch) for sale in the United States. (Dkt. No. 68 at 5–6.)

## II.    ANALYSIS

At the hearing, Uniloc presented the relevance of the CoG data with the following hypothetical. Assume that SEC manufactures a phone for "X" dollars, sells the phone to SEA for "Y" dollars, and then that SEA sells the phone to consumers for "Z" dollars. (Dkt. No. 89 at 5:12–20.) In this hypothetical, the total profit to Samsung, as a whole, would be "X – Y" plus "Z – Y," or in other words, "Z – X." (*Id*.) Uniloc represents that it knows "Y" and "Z," but doesn't know "X," which is the CoG of the phone. (*Id*. at 5:21-20.) Uniloc argues that the CoG ("X") is relevant because it impacts the "pool of money" available for licensing royalties and because that this Court has previously found this sort of information relevant as it helps determine the boundaries of what

makes a sane royalty. (*Id*. at 6:9–7:24); *see Queen's Univ. v. Samsung Elecs. Co.*, Case No. 2:14-cv-00053, Dkt. No. 131, Hearing Tr. at 30-43 (E.D. Tex. May 21, 2015).

Samsung responds that the CoG ("X") is not relevant for several reasons: (1) that the CoG information relates to hardware, and not software, which is what the '654 Patent covers; (2) that the sales from SEC to SEA took place in Korea; (3) that this case is a royalty case, not a lost profits case; (4) that the information is highly confidential; and (5) that Uniloc already produced their damages report so granting the Motion would give them a second bite at the apple. (Dkt. No. 89 at 10:13–17:9.)

Addressing Samsung's arguments in turn, the Court is of this opinion that the CoG data should be produced. Considering Samsung's argument that the CoG information relates to hardware and not software, which the '654 Patent covers, the Court is not persuaded that this makes the CoG data irrelevant. There seems to be no debate between the Parties that this is a software case. (*Id*. at 11:9–16.) Further, Samsung represents that the CoG information sought by Uniloc relates solely to the hardware in the Accused Products. (Dkt. No. 72 at 7.) As such, Samsung argues that the CoG information is irrelevant to the case. (*Id*.) The Court disagrees. While this is a software case, it is software implemented on hardware. As such, the hardware costs are relevant as it relates to the overall value of the Accused Products from which Uniloc must apportion the value of the patented technology.

Turning to Samsung's second argument, the fact that the sales take place in Korea does not influence the relevance of this data. As Uniloc's counsel pointed out, if the location of the sales impacted the relevance of the data, then Samsung would be able to artificially hide their profits. (*See* Dkt. No. 89 at 18:22–25.) The Court recognizes that, in the modern world, many large corporations are actually comprised of multiple subsidiaries, which frequently transfer assets

between one another. As such, many transactions are now more complex than they might appear at first. If information such as CoG data were not discoverable simply because the sale took place in a foreign country, then parties would be able to hide profits by creatively structuring their intra-subsidiary transfers. This would lead to rampant gamesmanship and frustrate the ends of justice.

Samsung's third argument, that this is a royalty case and not a lost profits case, is equally unconvincing. As Uniloc pointed out, the CoG information helps reveal the total profit that Samsung, as a whole, sees with each sale. (*Id*. at 6:15–6:18.) This total profit in turn reveals how much "pool of money" is available for licensing.[2] (*Id*.) As such, there is little dispute that this information is highly relevant to the Uniloc's damages calculations even if this is a royalty case.

Turning to Samsung's fourth argument, the confidentiality of data is not sufficient to render the data irrelevant to a case. The Court is cognizant that information like CoG data may well be highly confidential and in need of protection, but that is why protective orders exist. The above-caption case has a Protective Order (Dkt. No. 23) in place and there is nothing preventing Samsung from producing the CoG data subject to the terms of that Protective Order. If this particular information warrants some "extra-protection" not now in place, the Parties are free to seek an appropriate amendment to the existing Protective Order. Thus, Samsung's representation that the data is "extremely confidential," does not weigh directly on the discoverability of that information.[3]

Samsung's final argument that granting this discovery would give Uniloc a second bite at the apple for their damages report is similarly unconvincing. (*Id*. at 16:22–17:1.) Uniloc represents that their current damages report is not comprehensive due to this missing information. (*Id*. at

---

[2] For example, if a certain product is sold with a profit of $100, then the manufacturer would arguably be willing to pay more in royalties for a license than if the product is sold with a profit of $1.

[3] This analysis would be different if the information were privileged, but no such representation was made by Samsung.

17:18–17:20.) As such, producing this information would not give Uniloc a second bite at the apple, but rather would allow them to take their first full bite. That said, however, Uniloc is not free to completely change its damages theories or come up with a whole new damages report. Rather, Uniloc can use the new data to complete and finalize their damages report.

## III.    CONCLUSION

For the reasons stated herein, the Court **GRANTS** the Motion as it relates to the costs of goods for the Accused Products. It is therefore **ORDERED** that Samsung produce its costs of goods to Uniloc **within ten (10) days** of the issuance of this Order. The Court understands the extreme confidentiality of these documents, and thus these documents should be produced subject to the Protective Order currently controlling in this case. The Court **DENIES AS MOOT** the remaining grounds in the Motion, which the Parties resolved between themselves.

**So Ordered this**

**Mar 23, 2020**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE