IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 21-cv-1305-MN |

**SAMSUNG'S MOTION TO STRIKE UNTIMELY EXPERT OPINIONS OF LAWRENCE E. LARSON AND MARK CHANDLER**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully move this Court for an order, substantially similar to the proposed order attached hereto, striking portions of Plaintiff TOT Power Control, S.L.'s reply experts reports on infringement and damages.

The grounds for this motion are fully set forth in the accompanying opening letter brief and exhibits filed concurrently with this motion.

Dated:  February 7, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Alexis N. Stombaugh (No. 6702)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com
astombaugh@ycst.com

**BLANK ROME, LLP**

R. Paul Zeineddin
Andrew R. Kopsidas
Ameya V. Paradkar
BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200
paul.zeineddin@blankrome.com
andrew.kopsidas@blankrome.com
arun.paradkar@blankrome.com

Joshua S. Reisberg
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
josh.reisberg@blankrome.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | C.A. No. 21-cv-1305-MN |

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, counsel for Samsung hereby certifies that a reasonable effort was made to reach agreement with Plaintiff regarding the subject matter of Samsung's motion, including oral communication involving Delaware counsel, but no agreement was reached.

Dated:  February 7, 2025

 

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Alexis N. Stombaugh (No. 6702)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com
astombaugh@ycst.com


**BLANK ROME, LLP**

R. Paul Zeineddin
Andrew R. Kopsidas
Ameya V. Paradkar

BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200
paul.zeineddin@blankrome.com
andrew.kopsidas@blankrome.com
arun.paradkar@blankrome.com

Joshua S. Reisberg
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000
josh.reisberg@blankrome.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
*bfarnan@farnanlaw.com*
*mfarnan@farnanlaw.com*

Denise De Mory
Elizabeth Day
Corey Johanningmeier
Li Guo
Tara L. Zurawski
Marc Belloli
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
*ddemory@bdiplaw.com*
*eday@bdiplaw.com*
*cjohanningmeier@bdiplaw.com*
*lguo@bdiplaw.com*
*tzurawski@bdiplaw.com*
*mbelloli@bdiplaw.com*

*BDIP_TOT_Power@bdiplaw.com*

Brian A. Ratner
HAUSFELD, LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
*wkelley@hausfeld.com*
*bratner@hausfeld.com*

Bruce J. Wecker
HAUSFELD, LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
*bwecker@hausfeld.com*

*TOTHausfeldTeam@hausfeld.com*

Walter D. Kelley, Jr.
KELLEY LEGAL, PLLC
102 N. St. Asaph Street
Alexandria, VA 22314
*WKelley@KelleyADR.com*

*Attorneys for Plaintiff TOT Power Control, S.L.*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Alexis N. Stombaugh (No. 6702)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

astombaugh@ycst.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*